# Morgan Lewis

**Michael F. Fleming**
Associate
+1.212.309.6207
michael.fleming@morganlewis.com

January 8, 2020

**Via ECF**

The Honorable Ona T. Wang
United States District Court
 For the Southern District of New York
500 Pearl Street
New York, NY 10007

> **Memo Endorsed**
>
> **Application Granted.**
>
> **SO ORDERED.**
>
> _____
> Ona T. Wang              1/9/2020
> U.S. Magistrate Judge

Re:  *Morgan v. eReplacementparts.com*, No. 1:19-cv-11501-PGG-OTW
     **Request to Extend Defendant's Time to Respond to Complaint**

Dear Judge Wang:

We represent defendant eReplacementparts.com, LLC ("Defendant") in the above-referenced action.  Pursuant to Rules I(b) and I(e) of Your Honor's Individual Practices, we write with the consent of counsel for plaintiff Jon R. Morgan ("Plaintiff"), respectfully to request that the Court extend Defendant's time to respond to the Complaint from January 13, 2020 (*see* ECF No. 6) to February 12, 2020. This is Defendant's first request for an extension of time to file a response to the Complaint.

In support of this request, counsel for Defendant states that it recently has been engaged in this matter and needs time to become familiar with the relevant facts and allegations.  As noted above, Plaintiff's counsel consents to this request.  If granted, this extension will not affect any other date scheduled in this action.

We thank the Court in advance for its consideration of this request.

Respectfully submitted,

*/s/ Michael F. Fleming*

Michael F. Fleming

*Attorney for Defendant*

cc: All Counsel of Record (via ECF)