# Morgan Lewis

**Michael F. Fleming**
Associate
+1.212.309.6207
michael.fleming@morganlewis.com

February 10, 2020

**Via ECF**

The Honorable Ona T. Wang
United States Magistrate Judge
United States District Court
 For the Southern District of New York
500 Pearl Street
New York, NY 10007

<div style="border: 1px solid red;">

**MEMO ENDORSED**

**Application Granted.**

**SO ORDERED.**

_____
Ona T. Wang          2/12/2020
U.S. Magistrate Judge

</div>

Re:  *Morgan v. eReplacementparts.com*, No. 1:19-cv-11501-PGG-OTW
     Request to Extend Defendant's Time to Respond to Complaint

Dear Judge Wang:

We represent defendant eReplacementparts.com, LLC ("Defendant") in the above-referenced action. Pursuant to Rules I(b) and I(e) of Your Honor's Individual Practices, we write with the consent of counsel for plaintiff Jon R. Morgan ("Plaintiff"), respectfully to request that the Court extend Defendant's time to respond to the Complaint from February 12, 2020, to March 16, 2020. This is Defendant's second request for an extension of time to file a response to the Complaint. The Court granted Defendant's first request.

In support of this request, counsel for Defendant states that the parties are engaged in discussions about a possible early resolution of this action. If granted, the extension will permit the parties to focus on those efforts, rather than on pleadings and litigation. As noted above, Plaintiff's counsel consents to this request. If granted, this requests will not affect any other date scheduled in this action.

We thank the Court in advance for its consideration of this request.

Respectfully submitted,

*/s/ Michael F. Fleming*

Michael F. Fleming

*Attorney for Defendant*

cc: All Counsel of Record (via ECF)

**Morgan, Lewis & Bockius** LLP

101 Park Avenue
New York, NY  10178-0060           +1.212.309.6000
United States                                    +1.212.309.6001