# Morgan Lewis



Application Granted.

SO ORDERED.

Ona T. Wang        3/17/2020
U.S. Magistrate Judge

**Michael F. Fleming**
Associate
+1.212.309.6207
michael.fleming@morganlewis.com

March 16, 2020

<u>Via ECF</u>

The Honorable Ona T. Wang
United States District Court
 For the Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Morgan v. eReplacementparts.com, LLC*, No. 1:19-cv-11501-PGG-OTW
       <u>Request to Extend Defendant's Time to Respond to Complaint</u>

Dear Judge Wang:

We represent defendant eReplacementparts.com, LLC ("Defendant") in the above-referenced action. Pursuant to Rules I(b) and I(e) of Your Honor's Individual Practices, we write with the consent of counsel for plaintiff Jon R. Morgan ("Plaintiff"), respectfully to request that the Court extend Defendant's time to respond to the Complaint to from March 16, 2020 to March 23, 2020. This is Defendant's third request for an extension of time to file a response to the Complaint. The Court granted Defendant's prior requests.

In support of this request, counsel for Defendant states that the parties are continuing to engage in discussions about an early resolution of this action. If granted, this extension will permit the parties to focus on those efforts, rather than on pleadings and litigation. As noted above, Plaintiff's counsel consents to this request. If granted, this extension will not affect any other date scheduled in this action.

We thank the Court in advance for its consideration of this request.

Respectfully submitted,

*/s/ Michael F. Fleming*

Michael F. Fleming

*Attorney for Defendant*

cc: All Counsel of Record (via ECF)

**Morgan, Lewis & Bockius** LLP

101 Park Avenue
New York, NY  10178-0060                 +1.212.309.6000
United States                            +1.212.309.6001